# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEVE JESUS URQUIZO, | Case No. 1:25-cv-00699-EPG-HC |
|---|---|
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| v. | (ECF No. 13) |
| WARDEN, | |
| Respondent. | |

Before the Court is Respondent's motion requesting an extension of time to January 20, 2026, in which to respond the petition. (ECF No. 13.)

Respondent's motion for extension of time is GRANTED. Respondent is granted to and including January 20, 2026, to file a response to the petition.

IT IS SO ORDERED.

Dated: **December 16, 2025**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE