**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

STEVE JESUS URQUIZO,

Petitioner,

v.

WARDEN,

Respondent.

Case No. 1:25-cv-0699 JLT EPG

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Docs. 17, 19)

Steve Jesus Urquizo proceed with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting the Federal Bureau of Prisons failed "to apply earned time credits under the First Step Act." (Doc. 1 at 1.) Following Petitioner's release to home confinement, Respondent moved to dismiss the petition as moot and for failure to exhaust administrative remedies. (Doc. 17.) Petitioner did not oppose the motion.

The magistrate judge observed that "[t]he record before the Court shows that Petitioner was released to home confinement on November 12, 2025, and is projected to receive 365 FSA time credits towards early transfer to supervised release." (Doc. 19 at 2.) The magistrate judge found "no case or controversy exists" at this juncture, because "there is no effective relief remaining that the court could provide." (*Id.*, quoting *S. Or. Barter Fair v. Jackson Cnty.*, 372 F.3d 1128, 1134 (9th Cir. 2004).) As dismissal on this basis was appropriate, the magistrate judge declined to reach the issue of exhaustion. (*Id.* at 2, n. 2.) Therefore, the magistrate judge

recommended the Court grant the motion to dismiss and dismiss the petition as moot. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days.[1] (Doc. 19 at 2-3.) The Court advised the parties that the "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 24, 2026 (Doc. 19) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 17) is **GRANTED**.
3. The petition is **DISMISSED** as moot.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 19, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

[1] The Court notes that prior mail to Petitioner has been returned as undeliverable, because the address of record for Petitioner remains his address at Atwater Penitentiary. As Petitioner has not provided an updated mailing address for the Court, service is deemed fully effective pursuant to Local Rule 182(f).